IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MUHAMMAD MUSTAFA ABDULLAH
00115000
U.S.P. LEE COUNTY
P.O. BOX 305
JONESVILLE, VA. 24263-0305

V.

TERRY O'BRIEN, WARDEN
U.S.P. LEE COUNTY
P.O. BOX 305
JONESVILLE, VA. 24263-0305

CAPTAIN WILLIAMS, CAPTAIN
U.S.P. LEE COUNTY
P.O. BOX 305
JONESVILLE, VA. 24263-0305

CHAMBERS
U.S.P. LEE COUNTY
P.O. BOX 305
JONESVILLE VA. 24263-0305

J. NASH, LIEUTENANT
U.S.P. LEE COUNTY
P.O. BOX 305
JONESVILLE, VA. 24263-0305

FILED
DEC 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER   1:06CV02200
JUDGE: Unassigned
DECK TYPE: Pro se General Civil
DATE STAMP: 12/26/2006

RECEIVED
NOV 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL RIGHTS COMPLAINT   42 U.S.C, SEC. 1983
CIVIL ACTION

JURISDICTION

JURISDICTION FOR THIS ACTION IS INVOKED PURSUANT 42 U.S.C. SEC. 1983, UNDER COLOR OF LAWS SECURED AND GRANTED BY THE CONSTITUTION OF THE UNITED STATES OF AMERICA.

PARTIES

TERRY O'BRIEN AT ALL TIMES MENTIONED IS EMPLOYED AS WARDEN FOR U.S.P. LEE COUNTY. AS SUCH IS RESPONSIBLE FOR THE EMPLOYEES ADMINISTRATION OF CONSTITUTION RIGHTS AND HUMAN RIGHTS SECURED BY THE U.S. CONSTITUTION. TERRY O'BRIEN ON 11-3-06 DID TELL MR. MUHAMMAD MUSTAFA ABDULLAH THAT HE WOULD BE LOCKED DOWN FOR ONLY A DAY OR TWO AND MOVED TO ANOTHER UNIT. HOWEVER MR. ABDULLAH HAS BEEN HELD ON ICE-SOLATION FOR OVER 2 WEEKS GOING ON THREE WITHOUT HIS PROPERTY NO COLD WATER, WITHOUT ANY TYPE OF HEARING. O'BRIEN DID REFUSED TO RESPOND WHEN I ASKED HIM UPON MAKING ROUND WHY I AM LOCKED DOWN STILL AFTER HE SAID A DAY OR TWO. I WAS FURTHER SERVED PORK BACON WHEN IT WELL KNOWN I AM MUSLIM. FURTHER DENIED A TOWEL, SHOWER SHOES, RELIGIOUS AND

## PARTIES

AND LEGAL PROPERTIES, AND DENIED ANY PROPERTY. AM DENIED MEDICALS, FRONT CUFF ORDERS CONSTANTLY DENIED EXCESS TO LAW LIBRARY. TERRY O'BRIEN IS SUED INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS AN EMPLOYEE AND ONE WHO HIRES EMPLOYEES FOR THE UNITED STATES GOVERNMENT. CURRENT ADDRESS OF EMPLOYMENT IS U.S.P. LEE COUNTY, P.O. BOX 305, JONESVILLE, VA. 24263-0305. CAPTAIN WILLIAMS AT ALL TIMES MENTIONED HEREIN INCLUDE FROM 10-3-06 TO NOW IS EMPLOYED AS A CAPTAIN FOR U.S.P. LEE AND IS SUED HIRED INDIVIDUALLY AND HIS OFFICIAL CAPACITY AS A U.S. GOVERNMENT EMPLOYEE AND ORDERLY FUNCTION OF PRISONERS AS WELL AS STAFF IS OPERATING IN AN ORDERLY WAY AT U.S.P. LEE. INSTEAD LEE COUNTY, NAMED FOR CONFEDERATE GENERAL ROBERT E. LEE CARRIES A LIFESTYLE OF RACISM, HATE, STAFF ABUSE AND RELIGIOUS INTOLERENCE TOWARD THE ISLAM RELIGIOUS. ENROUTE TO THIS INSTITUTION IN LEE COUNTY, THERE WERE SEVERAL OPEN DISPLAYS OF CONFEDERATE FLAGS ON VEHICLES AND SIGNS POSTED. THE ATITUDE OF STAFF FROM THE WARDEN TO OFFICERS IS THAT OF A SLAVE MENTALITY WITH LITTLE OR NO REGARD FOR PRISONERS RIGHTS NOR FOR DUE PROCESS OF LAW. THE GUARDS PERFORM AS IF UNTRAINED. THE CAPTAIN OF THE GUARDS DOES WHAT THE GUARDS AND STAFF TELL HIM WHETHER IT IS RIGHT OR WRONG AS LONG AS THE ACTION FAVORS STAFF. FOR INSTANCE THE Capt. WILLIAMS TOLD ME I WOULD BE LOCKED DOWN UNTIL I CHANGED UNITS. HOWEVER THAT IS GOING ON 3 WEEKS NOW. I HAD PREVIOUSLY ASKED Capt. WILLIAMS SHOULD I MOVE OUT OF F-UNIT DUE TO ONE STAFF HARRASSMENT. WILLIAMS ADVISED ME NOT TO MOVE AND THAT HE WOULD TALK TO THE STAFF MEMBER, HOWEVER WILLIAMS WAS DERELECT AND MISLEADING IN HIS DUTIES. THIS IS UNFAIR, ILLEGAL INHUMAN TOWARD PRISONERS. I HAVE ALSO WITNESS A GUARD THROW A LITTLE MAN ABOUT 4 FEET TALL 90 POUNDS BLACK ON GROUND BY BIGGER WHITE OFFICER AND THE INMATE HAD DONE NOTHING. THIS IS THE TYPE OF PICTURE WILLIAMS LIKES TO ENFORCE JUSTIFIED IN THE NAME OF SECURITY. EQUAL JUSTICE FOR ALL NEEDS TO BE ENFORCED. CURRENT ADDRESS OF EMPLOYMENT IS U.S.P LEE COUNTY, P.O. BOX 305, JONESVILLE, VA. 24263-0305. MS. CHAMBERS AT ALL TIMES MENTIONED HEREIN WAS EMPLOYED AS UNIT MANAGER AT USP LEE ON F UNIT, UNIT OCCUPIED BY MR. ABDULLAH. UPON HER FIRST AND OTHER ENCOUNTERS WITH MR. ABDULLAH, MS. CHAMBER DID NOT HESITATE TO EXSPRESS HER HATE AND ANIMOSITY FOR MR. ABDULLAH. MS. CHAMBERS TOLD HER SUBORDINATE WORKER BONNET TO TELL THE PRISON WORKER IN F UNIT DO NOT EVER COOPERATE WITH ME WORKING IN THE UNIT. MS. CHAMBERS FURTHER LIED ON ME. IT IS NOT RIGHT THAT MS. CHAMBERS BE ALLOWED TO TAKE OUT A PERSONAL VENDETTA ON PRISONERS IN GENERAL OF HER CHOICE BECAUSE SHE WAS RAPED AND ASSAULTED BY PRISONERS AT ANOTHER ALLEGEDLY JAIL. I HAVE NOTHING TO DO WITH THAT.

PARTIES

THE CURRENT ADDRESS OF EMPLOYMENT OF MS. CHAMBERS IS USP LEE COUNTY, P.O. BOX 305, JONESVILLE, VA. 24263-0305.

J. NASH AT ALL TIMES MENTIONED HEREIN WAS EMPLOYED AS A LIEUTENANT AT U.S.P. LEE COUNTY P.O. BOX 305, JONESVILLE, VA. 24263-0305. ON 11-3-06 AFTER A STRIP SEARCH AND WITHOUT A COAT, IT WAS SO COLD ANOTHER PRISONER COMPLAINED ABOUT HOW IT WAS TOO COLD TO STAND OUTSIDE AS SOON AS HE WAS BROUGHT OUTSIDE WITHIN A MINUTE OR 2 HE WAS ESCORTED INSIDE, WHILE I WAS OUT IN THE COLD WITHOUT A COAT IN HANDCUFFS FOR A LONG TIME. WHEN I COMPLAINED OF THE COLD AND ASKED TO GO INSIDE I WAS TOLD THERE WERE ORDERS FROM THE CAPTAIN AND LIEUTENANT TO LEAVE ME WHERE I WAS UNTIL FURTHER ORDERS. BEFORE CAPTAIN WILLIAMS LEFT HE INSTRUCTED A S.H.U. OFFICER TO LEAVE THE HANDCUFFS ON WHEN THE OFFICER MOVED TO TAKE THEM OFF. LT. NASH TOLD MR. ABDULLAH ON 11-3-06 THAT HE LT. NASH WOULD JUMP MR. ABDULLAH WITH SEVERAL OFFICERS. UPON ESCORTING MR. ABDULLAH UPSTAIRS ON 11-3-06 LT. NASH DID PUT HIS FACE CLOSE TO MR. ABDULLAH'S FACE AND CURSE AND THREATEN MR. ABDULLAH ALL WHILE MR. ABDULLAH WAS HANDCUFFED FROM THE BACK AND WALKING UP THE STEPS SURROUNDED BY SEVERAL OFFICERS WHO ACTED HOSTILE, RACIST AND ANGRY. MR. ABDULLAH DID NOTHING, NOR SAID ANYTHING TO INCUR THIS COWARDLY, RACIST AND UNPROFFESSIONAL DISPLAY OF RACIAL EMOTIONALISM, BUT THEN REMEMBER THIS IS LEE COUNTY.

FACTS

ON 11-3-06 I WAS CALLED TO THE UNIT F TO CLEAN MY CELL. IT IS, BASED ON PRIOR EPISODES AND UNREASONABLE ANTAGONISTIC CONDUCT TOWARD MR. ABDULLAH

- 3 -

OF FACTS

by Ms. Chambers that she Ms. Chambers conspired to frame me as I was awaiting a reply on a BP-8 I wrote on Ms. Chambers for illegal conduct. So as a form of retaliation, Chambers did try to enter my cell and with a loud disrespectful arrogant manner, now that is crazy and by her own admission she Chambers said that she went to enter my cell while I was in the cell cleaning up. Her admission is on an incident report in which she told all sorts of lies, now it is obvious she Chambers was up to no good, so my first instint toward self preservation was to get out the cell and not be trapped alone in the cell with her. And especially after I found out she was a victem of rape seeking to be vindictive toward whom she can. So add up she had already showed gross hate. Part of the Muslim religion is that man is not to be alone in a room with a woman he is not married to. So here you have several reasons it was to my best interest not to caught alone with this female known to lie on me. The warden still told me do not worry

## FACTS

About that, that in a couple of days I would be back in general population in another unit. I was on glucose pills for red blood cell build up, antibiotics for lung infection, booster protien drink, zantac and rantine antiacid. As a D.C. prisoner this medical treatment is covered in the budget. When I came to U.S.P. Lee, I cursed out by medical personel Fisk and Ruppsha, and I was no longer given any of the medicine I was on for a least a month, nor was my medical condition examed that warrented these medicines. I am going on 57 yrs. old. I did 37 yrs. I know the value of taking care of ones health. Still I am held locked down in cell where I have to wait some times all night or all day for the staff to flush the toilet when they walk pass, or feel like flush...

PENALTY OF
This statement is true under penalty of perjury
Muhammad Abdullah

SINCE THE TOILOTS ON THE RANGE I AM ON AS ON ALL SHU, U.S.P. LEE MUST BE FLUSHED FROM THE OUTSIDE. THIS IS NOT CONDUCIVE TO MY LUNG CONDITION WHICH WAS I WAS TAKING ANTIBIOTIC MEDICATION FOR LUNG INFECTION. SO NOW I AM FORCED TO INHALE UNFLUSHED SCENTS OF WASTE MATTER FOR HOURS AND SOMETIMES DAYS. THIS ALSO VIOLATES THE BIVENS ACT WHERE IN THE CONDITION OF CONFINEMENT EFFECTS THE HEALTH OF THE PERSON INVOLVED. THESE CELLS IN THESE RECENT BUILT JAILS DO NOT HAVE CELL BARS LIKE OLDER JAILS. THE CLOSED FRONT CELLS LACK ADEQUATE VENTILATION AS THEY ARE, TO ADD INSULT TO INJURY A SITUATION WHERE 43 MEN ON ONE RANGE ARE FORCED TO BREATHE EACH OTHERS WASTE FOR LONG LENGTHS OF TIME IN INADEQUATE VENTILATION IS CRUEL AND UNUSUAL PUNISHMENT AND MERITS INVESTIGATION, AND CORRECTING NOW. MR. ABDULLAH WAS INTERACTING IN GENERAL POPULATION IN A POSITIVE MANNER AT U.S.P. LEE FOR GOING ON 2 MONTHS THAT HE ARRIVED. NOW HE HAS MANY CONFUSIONS WHY HE LOCKED DOWN AND DENIED BASIC HUMAN RIGHTS AND CONSTITUTIONAL RIGHTS AND OFFICIALS INCLUDING WARDEN O'BRIEN IGNORE MR. ABDULLAH'S QUESTIONS WHY HE IS ON ICE-SOLATION AND NOT ALLOWED TO GO IN RECCREATION CAGES LIKE OTHER PRISONERS TOGETHER. NO HEARINGS RECEIVED GOING ON 3 WEEKS OF ICE-SOLATION.   RELIEF SOUGHT
1) RELEASE SEGREGATION MOVED OUT OF E UNIT POINT SYSTEM RE-EVALUATED FOR MEDIUM SECURITY BASED ON YEARS OF CLEAR CONDUCT PREVIOUSLY.
2) $50,000 DOLLARS PUNITIVE DAMAGE. $50,000 DECLARETORY DAMAGES.
3) EXSPUNGE ALL NEGATIVE REPORTS INVOLVING THIS MATTER FROM RECORD