| | | Federal Bureau of Prisons<br>TRUFACS<br>**Inmate Transaction Receipt**<br>Sensitive But Unclassified | | | **FILED**<br>DEC 2 6 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | Facility: LEE |

Date: 11/13/2006
Time: 7:56:59 am

### General Information

| Inmate Reg#: | 00115000 | Living Quarters: | Z04-256L |
| --- | --- | --- | --- |
| Inmate Name: | ABDULLAH, MUHAMMAD MUST | Arrived From: | ATL |
| Current Site Name: | Lee USP | Transferred To: | |
| Housing Unit: | F | Account Creation Date: | 3/10/2003 |

06 2200

### Transaction Details

| Date | Transaction Type | Fund Source Type | Sender Last Name | Ref# | Pymt# | Beginning Balance | Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/09/2006 | Payroll - IPP | Internal Transfer | | GIPP1006 | | $0.02 | $4.20 | $4.22 |
| 11/09/2006 | Sales | | | 36 | | | ($2.03) | $2.19 |
| 11/12/2006 | Lockbox - CD | PMO/Other NO Hol | | 70170402 | | | $56.00 | $58.19 |

| Current Account Balance : | $58.19 |
| --- | --- |
| Current Pre-Release Balance : | $0.00 |
| Current Outstanding Negotiable Instrument Balance : | $0.00 |
| Current Encumbered Balance : | $0.00 |
| Current Administrative Hold Balance : | $0.00 |
| Current Available Balance : | $58.19 |

---

FORMA PAUPER AFFADAVIT.

IN LUI OF CIRCUMSTANCES AND EXIGENTCY OF SITUATION (DENIAL OF Lung infection Medication AND DENIAL OF LOW RED BLOOD Medicine PROTIEN DRINK ALL PRESCRIBED.

MR. ABDULLAH SEEK THIS COURT TO EVALUATE THE AUTHENICITY OF THIS DOCUMENT AND ALLOW THIS ACTION TO GO FORTH WITH OUT PAYMENT OF COURT COST WHICH HE IS UNABLE TO DO AS DOCUMENTED HEREBY NOW. MR. ABDULLAH DOES NOT HAVE ANY BANK ACCOUNTS NOR OWNS ANY VALUABLES. AND IS NOW UNEMPLOYED. AND JUST ONLY RECIEVED A $56.00 MONEY ORDER AS A GIFT FOR HIS 56 BIRTHDAY FROM HIS MOTHER AND HAD MADE ABOUT 4.00 ON JAIL EMPLOYMENT 12¢ PER HOUR BEFORE LOCKED DOWN.

IN THE PAST MR. ABDULLAH DID WHEN HE COULD AFFORD PAY FOR THE COURT COSTS IN THE US District COURT AND HAD HIS LITIGATION REFUSED AND MONEY KEPT BY THE COURT THAT IS NOT RIGHT. NOW MR. ABDULLAH IS IN A LIFE AND DEATH SITUATION WITH HEALTH IN JEPODY AND BELIEVES THIS COURT IN IT'S REPUTATION

NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT  RECEIVED NOV 2 2 2006

Page 297

## CERTIFICATE OF SERVICE

THIS TO CERTIFY THAT A COPY OF THIS CIVIL RIGHTS COMPLAINT WAS MAILED POSTAGE PREPAID TO U.S. DISTICT COURT 3rd AND CONSTITUTION AVENUE N.W. COURTHOUSE STREET WASHINGTON D.C. BY MUHAMMAD MUSTAFA ABDULLAH 001150 0 ON THIS 21st DAY OF NOVEMBER, 2006

## VENUE EQUITY

DUE TO DIRE LIFE AND DEATH SITUATION OF DENIAL RED BLOOD GLOCUSE PRESCIBED MEDICATION, LUNG INFECTION ANTIBIOTIC PROTIEN AID BLOOD BUILD UP ANTI ACIDS AND AGE OF LITIGANT ALMOST 60 AND SIRCUMSTANCES. MR. ABDULLAH SENTENCED IN D.C. SUPERIOR COURT AS A D.C. PRISONER WHOSE BUDGET did [RECEIVED] uously PAY FOR MEDICAL EXPENSES FOR 26 YRS IN FED. AND FOR 10 YRS IN MARYLAND SYSTEM BEFORE THEN NEVER REFUSED MEDICAL TREATMENT LIKE THIS. ALSO INSTITUTIONAL STAFF AND ADMINISTRATION VIOLATION OF CONSTITUTIONAL AND HUMAN RIGHTS MUSLIMS AND D.C. PRISONERS ARE OFTEN DESCIMINATED IN THIS

RECEIVED
NOV 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT